IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEWBURY VILLAGE DEVELOPMENT, LLC : <br> : <br> Applicant, : <br> : <br> : <br> CAPSTONE BUILDING CORP., : <br> : <br> Respondent : <br> : | CIVIL ACTION FILE NO.: <br> 3:07-CV-00620 (SRU) |

## **CORPORATE DISCLOSURE**

Pursuant to Fed. R. Civ. P. 7.1, Applicant Newbury Village Development, LLC, by and through its attorneys of record, hereby states that Tarragon Corporation is its parent corporation and no publicly held company owns 10% or more of its stock.

Respectfully submitted this 9th day of May 2007.

                                        APPLICANT, NEWBURY VILLAGE
                                        DEVELOPMENT, LLC

                                        By:  /s/ Douglas M. Evans
                                            Douglas M. Evans, Esq.
                                            KROLL, McNAMARA, EVANS &
                                            DELEHANTY, LLP
                                            29 South Main Street
                                            West Hartford, Connecticut 06107
                                            (860) 561-7070
                                            Federal Bar No.: ct04613
                                            Its Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May 2007, a copy of the foregoing Corporate Disclosure was filed electronically and served by first class U.S. mail, postage prepaid, on anyone unable to accept electronic filing. Notice of this filing was sent by electronic mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: /s/ Douglas M. Evans
Douglas M. Evans, Esq.